# UNITED STATES DISTRICT COURT

for the

Western District of Washington

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.  MJ20-592 |
| Facebook Inc. (Facebook) SUBJECT ACCOUNTS more fully described in Attachments A | ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the        Northern        District of        California
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A. Attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B. Attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before     9/25/2020     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    any U.S. Magistrate Judge in West. Dist. of Washington   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     9/11/2020 at   4:00 pm

_____
*Judge's signature*

City and state:     Seattle, Washington

Michelle L. Peterson, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>MJ20-592 | Date and time warrant executed:<br>9/12/2020 @ 2 1:33 pm | Copy of warrant and inventory left with:<br>N/A / provided to defense attorney |
| Inventory made in the presence of :<br>SA Widner | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Facebook account records for facebook.com /jacob.little.94
+ for facebook.com /darius.benson.3

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. 1/24/2022 RG

Date: 1/21/2022

_____ SA6059
*Executing officer's signature*

Lexie Widner , Special Agent
*Printed name and title*